IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
NO. 3:90-CR-13-H

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) |
| | ) ORDER |
| DOUGLAS B. JORDAN, | ) |

This matter is before the court on defendant's motion to waive all restitution and fees remaining to be paid in his case and/or to change the amount of defendant's payment. Defendant has failed to show a legal basis for granting such a motion; therefore, the motion [DE #3] is DENIED.

This 10th day of December 2013.

Malcolm J. Howard
Senior United States District Judge

At Greenville, NC
#26